IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD WILLIAMS                                                    PLAINTIFF

v.                              Case No. 4:23-cv-00713-KGB

SUMMIT UTILITIES
ARKANSAS, INC.                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Reginald Williams's amended complaint is dismissed with prejudice (Dkt. No. 10).  The relief requested is denied.

It is so adjudged this 31st day of March, 2026.

Kristine G. Baker
Chief United States District Judge